OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Defendant complains that the trial court erred in charging the jury with respect to circumstantial evidence that some of the facts could be proved with less assurance than others. Although the language isolated by defendant was one of the bases for reversal in
 
 People v Ford
 
 (66 NY2d 428, 443), the charge as a whole adequately conveyed to the jury the appropriate standards
 
 (People v Ford, supra).
 

 Defendant’s remaining contentions are not preserved for our review.
 

 
 *807
 
 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed in a memorandum.